**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ALABAMA (SOUTHERN DIVISION)

Case number *(if known)* _____ Chapter __7__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Mata Electrical Contractors and Support, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **DBA  Mata Electric, LLC** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-1720332** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **511 Pinson Valley Parkway** <br> **Birmingham, AL 35217** <br> Number, Street, City, State & ZIP Code | <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Jefferson** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Case 21-00573-TOM7    Doc 1    Filed 03/11/21    Entered 03/11/21 14:55:20    Desc Main
Document    Page 1 of 44

| Debtor | **Mata Electrical Contractors and Support, LLC** | Case number (*if known*) | |
| --- | --- | --- | --- |
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| --- | --- | --- | --- | --- | --- |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

☐ $50,001 - $100,000 ☐ $10,000,001 - $50 million ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000 ☐ $50,000,001 - $100 million ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million ☐ $100,000,001 - $500 million ☐ More than $50 billion

■ **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 11, 2021**
　　　　　　　　MM / DD / YYYY

**X** **/s/ Tina Sharpe**                              **Tina Sharpe**
　　Signature of authorized representative of debtor      Printed name

Title   **Vice-President (majority owner)**

**18. Signature of attorney**

**X** **/s/ Robert C. Keller**                     Date  **March 11, 2021**
　　Signature of attorney for debtor                      MM / DD / YYYY

**Robert C. Keller**
Printed name

**Russo, White & Keller, P.C.**
Firm name

**315 Gadsden Highway**
**Suite D**
**Birmingham, AL 35235**
Number, Street, City, State & ZIP Code

Contact phone   **(205) 833-2589**      Email address   **rjlawoff@bellsouth.net**

_____
Bar number and State

| | |
|---|---|
| Debtor name | **Mata Electrical Contractors and Support, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ALABAMA (SOUTHERN DIVISION) |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 11, 2021**   *X* /s/ Tina Sharpe
                                      Signature of individual signing on behalf of debtor

                                      **Tina Sharpe**
                                      Printed name

                                      **Vice-President (majority owner)**
                                      Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Mata Electrical Contractors and Support, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ALABAMA (SOUTHERN DIVISION)

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*...........................................................................................................    $      **0.00**

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*........................................................................................................    $      **44,307.00**

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*.........................................................................................................    $      **44,307.00**

| Part 2: | Summary of Liabilities |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $      **1,000.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $      **326,001.38**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$      **692,880.28**

4. **Total liabilities** ...................................................................................................................
   Lines 2 + 3a + 3b                        $      **1,019,881.66**

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

   ■ No.  Go to Part 2.
   ☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

   ■ No.  Go to Part 4.
   ☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor)<br>**Mechanics lien on 2320 Crest Road, Birmingham, AL 35223.  Lien # 2019112261**  **44,307.00** - **0.00** =<br>Total face amount    doubtful or uncollectible amount | **$44,307.00** |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) |  |
| 73. | **Interests in insurance policies or annuities** |  |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |  |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |  |
| 76. | **Trusts, equitable or future interests in property** |  |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, |  |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

country club membership

| | |
|---|---|
| 78. | **Total of Part 11.** |
| | Add lines 71 through 77. Copy the total to line 90. |

$44,307.00

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $44,307.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $44,307.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $44,307.00 |

Fill in this information to identify the case:

Debtor name **Mata Electrical Contractors and Support, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA (SOUTHERN DIVISION)

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:      List Creditors Who Have Secured Claims**

| | Column A | Column B |
|---|---|---|
| **2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | **Amount of claim**<br><br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **First Corporate Solutions** | Describe debtor's property that is subject to a lien | **$1,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**914 S Street
Sacramento, CA 95811**

Creditor's mailing address

**UCC-1 filed on February 25, 2019**

**Describe the lien**

**Is the creditor an insider or related party?**
Creditor's email address, if known

☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     **$1,000.00**

**Part 2:      List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Fill in this information to identify the case:

Debtor name **Mata Electrical Contractors and Support, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA (SOUTHERN DIVISION)

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Department of Revenue**<br>**Legal Division**<br>**P.O. Box 320001**<br>**Montgomery, AL 36132-0001** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $23,994.86 | $23,994.86 |
| Date or dates debt was incurred<br>**12/31/2017** | Basis for the claim:<br>**State tax** | | |
| Last 4 digits of account number **0332**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $160,248.71 | $13,650.00 |
| Date or dates debt was incurred<br>**12/31/2016** | Basis for the claim:<br>**Federal Income tax** | | |
| Last 4 digits of account number **0332**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $121,757.81 | $13,650.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/31/2017**

Basis for the claim:
**Federal Income tax**

Last 4 digits of account number **0332**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.4** Priority creditor's name and mailing address
**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:    $20,000.00    $20,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/31/2013**

Basis for the claim:
**Federal Income tax**

Last 4 digits of account number **0332**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                            **Amount of claim**

**3.1** Nonpriority creditor's name and mailing address
**Amason & Associates, Inc.**
**P.O. Box 1729**
**Tuscaloosa, AL 35403**

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/2019**
Last 4 digits of account number **3423**

Basis for the claim: **Trade debt for work performed at Erwin Middle School**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
**Argo Building Company, LLC**
**4501 Seventh Avenue**
**Birmingham, AL 35224**

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/2019**
Last 4 digits of account number **5860**

Basis for the claim: **Trade debt for work performed at Hueytown Middle School**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
**Bama Concrete Products**
**1608 17th Street**
**Tuscaloosa, AL 35401**

As of the petition filing date, the claim is: *Check all that apply.*    $7,070.20
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/04/2020**
Last 4 digits of account number _

Basis for the claim: **Materials**

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,497.80 |
|---|---|---|---|

**Best Buy Credit Services**
P.O. Box 790441
Saint Louis, MO 63179

Date(s) debt was incurred __

Last 4 digits of account number __7804__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Credit card purchases__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,209.00 |
|---|---|---|---|

**Cesar Castro**
c/o Jessica M. Vosburgh
2104 Chapel Hill Road
Birmingham, AL 35216

Date(s) debt was incurred __2020__

Last 4 digits of account number __1929__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FLSA claim and other claims__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,243.00 |
|---|---|---|---|

**Claudio Sanchez-Mairena**
c/o Jessica M. Vosburgh
2104 Chapel Hill Road
Birmingham, AL 35216

Date(s) debt was incurred __2020__

Last 4 digits of account number __1929__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FLSA claim and other claims__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,385.50 |
|---|---|---|---|

**Denis Reyes**
c/o Jessica M. Vosburgh
2104 Chapel Hill Road
Birmingham, AL 35216

Date(s) debt was incurred __2020__

Last 4 digits of account number __1929__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FLSA claim and other claims__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,376.00 |
|---|---|---|---|

**Durlin Santiago**
c/o Jessica M. Vosburgh
2104 Chapel Hill Road
Birmingham, AL 35216

Date(s) debt was incurred __2020__

Last 4 digits of account number __1929__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FLSA claim and other claims__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,362.21 |
|---|---|---|---|

**Equipmentshare.com, Inc.**
2511 Broadway Bluffe Drive
Suite 202
Columbia, MO 65201

Date(s) debt was incurred __2/2020 - 7/2020__

Last 4 digits of account number __9028__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $622.00 |
|---|---|---|---|

**Erick Luna-Pantaleon**
c/o Jessica M. Vosburgh
2104 Chapel Hill Road
Birmingham, AL 35216

Date(s) debt was incurred __2020__

Last 4 digits of account number __1929__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __FLSA claim and other claims__

Is the claim subject to offset? ■ No ☐ Yes

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,040.00 |
|---|---|---|---|

**Evelio Cruz-Hernandez**
c/o Jessica M. Vosburgh
2104 Chapel Hill Road
Birmingham, AL 35216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim:** __FLSA claim and other claims__

Last 4 digits of account number **1929**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $24,050.00 |
|---|---|---|---|

**Ford Motor Credit**
c/o National Bankruptcy Service Center
P.O. Box 62180
Colorado Springs, CO 80962

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **20**

**Basis for the claim:** __2013 Ford F350 Crew Cab XLT__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,654.20 |
|---|---|---|---|

**Gervin Galvez**
c/o Jessica M. Vosburgh
2104 Chapel Hill Road
Birmingham, AL 35216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim:** __FLSA claim and other claims__

Last 4 digits of account number **1929**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,090.00 |
|---|---|---|---|

**Guadalupe Rios**
c/o Jessica M. Vosburgh
2104 Chapel Hill Road
Birmingham, AL 35216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim:** __FLSA claim and other claims__

Last 4 digits of account number **1929**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Interior/Exterior Building Supply, LP**
727 South Cortez Street
New Orleans, LA 70119

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $15,469.00 |
|---|---|---|---|

**J. Christopher Selman**
Bradley Arant
1819 5th Avenue North
Birmingham, AL 35203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim:** __Legal services__

Last 4 digits of account number **1001**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,420.25 |
|---|---|---|---|

**Javier Hernandez**
c/o Jessica M. Vosburgh
2104 Chapel Hill Road
Birmingham, AL 35216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim:** __FLSA claim and other claims__

Last 4 digits of account number **1929**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62,240.00** |
|---|---|---|---|

**Jose A. Diaz**
**24A Sahama Village**
**Tuscaloosa, AL 35401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/27/2020**

Last 4 digits of account number **4005**

Basis for the claim: **Worker's Compensation claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**M.J. Harris Construction Services, LLC**
**1 Riverchase Ridge**
**Suite 300**
**Birmingham, AL 35244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/2020**

Last 4 digits of account number **5438**

Basis for the claim: **Trade debt for UAB Tech Innovation Center**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$982.00** |
|---|---|---|---|

**Matar, Inc.**
**c/o Saeed Ahmed**
**700 McFarland Blvd.**
**Northport, AL 35476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/27/2020**

Last 4 digits of account number **6859**

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,485.50** |
|---|---|---|---|

**Migdoel Perez**
**c/o Jessica M. Vosburgh**
**2104 Chapel Hill Road**
**Birmingham, AL 35216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Last 4 digits of account number **1929**

Basis for the claim: **FLSA claim and other claims**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39,811.24** |
|---|---|---|---|

**Ohio Casualty Insurance Company**
**9450 Seward Road**
**Fairfield, OH 45014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1810**

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$964.49** |
|---|---|---|---|

**Ram Tool Construction**
**4500 5th Avenue South**
**Building A**
**Birmingham, AL 35222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4478**

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,506.00** |
|---|---|---|---|

**Raquel Recinos**
**c/o Jessica M. Vosburgh**
**2104 Chapel Hill Road**
**Birmingham, AL 35216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Last 4 digits of account number **1929**

Basis for the claim: **FLSA claim and other claims**

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,188.00 |
|---|---|---|---|

**S. Esani / Exxon**
**c/o Tuscaloosa County District Attorney**
**2504 7th Street, Suite A**
**Tuscaloosa, AL 35401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/21/2020**

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number **6808**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,629.50 |
|---|---|---|---|

**S. Esani / Exxon**
**c/o Tuscaloosa County District Attorney**
**2504 7th Street, Suite A**
**Tuscaloosa, AL 35401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/21/2020**

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number **6835**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,743.22 |
|---|---|---|---|

**Sequel Electrical Supply, LLC**
**905 22nd Avenue**
**Second Floor**
**Meridian, MS 39301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/2014**

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number **_**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $91,813.67 |
|---|---|---|---|

**ServisFirst Bank**
**Bankruptcy Department**
**2500 Woodcrest Place**
**Birmingham, AL 35209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/15/2016**

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number **_**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Trawick Contractors, Inc.**
**4740 Powll Avenue**
**Birmingham, AL 35222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/2019**

**Basis for the claim:**  **Trade debt for work at Rudd Middle School**

Last 4 digits of account number **0928**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350,000.00 |
|---|---|---|---|

**US Specialty Insurance Co.**
**Bankrutpcy Dept.**
**13403 Northwest Freeway**
**Houston, TX 77040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,027.50 |
|---|---|---|---|

**Wilfredo Ollarves**
**c/o Jessica M. Vosburgh**
**2104 Chapel Hill Road**
**Birmingham, AL 35216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim:**  **FLSA claim and other claims**

Last 4 digits of account number **1929**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **American Arbitration Association**<br>**Southeast Case Management Center**<br>**2200 Century Parkway, Suite 300**<br>**Atlanta, GA 30345** | Line **3.29**<br><br>☐ Not listed. Explain ____ | **0928** |
| 4.2 | **Brian Walding, Esq.**<br>**2227 First Avenue South**<br>**Suite 100**<br>**Birmingham, AL 35233** | Line **3.28**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **C. Ellis Brazeal, III**<br>**Jones Walker, LLP**<br>**420 North 20th Street, Suite 1100**<br>**Birmingham, AL 35203** | Line **3.27**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **District Court Clerk**<br>**Dallas County**<br>**600 Commerce, 1st Floor**<br>**Dallas, TX 75202-4606** | Line **3.9**<br><br>☐ Not listed. Explain ____ | **0374** |
| 4.5 | **EquipmentShare.com**<br>**P.O. Box 2208**<br>**Decatur, AL 35609-2208** | Line **3.9**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **J. Christopher Selman**<br>**Bradley Arant**<br>**1819 5th Avenue North**<br>**Birmingham, AL 35203** | Line **3.27**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **J. Christopher Selman**<br>**Bradley Arant**<br>**1819 5th Avenue North**<br>**Birmingham, AL 35203** | Line **3.29**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **J. Vincent Swinney**<br>**Swinney & Bellenger, LLC**<br>**P.O. Box 59609**<br>**Birmingham, AL 35259-9609** | Line **3.18**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Kevin Williams, Detective**<br>**New Orleans Police Department**<br>**715 South Broad Street**<br>**New Orleans, LA 70119** | Line **3.15**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **L. Graves Stiff, III**<br>**Starnes Davis Florie, LLP**<br>**100 Brookwood Place, 7th Floor**<br>**Birmingham, AL 35209** | Line **3.30**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Michael S. Kelly**<br>**Brumlow Legal Group**<br>**137 Main Street, Suite 202**<br>**Trussville, AL 35173** | Line **3.3**<br><br>☐ Not listed. Explain ____ | _ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.12 | **Parnell & Crum**<br>**P.O. Box 2189**<br>**Montgomery, AL 36102-2189** | Line **3.22**<br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Richard J. Wallace, III**<br>**500 North Akard**<br>**Sutie 2700**<br>**Dallas, TX 75201** | Line **3.9**<br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Richard O'Neal**<br>**U.S. Attorney's Office**<br>**1801 Fourth Avenue North**<br>**Birmingham, AL 35203** | Line **2.2**<br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Richard O'Neal**<br>**U.S. Attorney's Office**<br>**1801 Fourth Avenue North**<br>**Birmingham, AL 35203** | Line **2.3**<br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Richard O'Neal**<br>**U.S. Attorney's Office**<br>**1801 Fourth Avenue North**<br>**Birmingham, AL 35203** | Line **2.4**<br>☐ Not listed. Explain ____ | _ |
| 4.17 | **ServisFirst Bank**<br>**Bankruptcy Dept.**<br>**P.O. Box 1508**<br>**Birmingham, AL 35201-1508** | Line **3.28**<br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Tuscaloosa County District Attorney**<br>**Worthless Check Unit**<br>**2504 7th Street, Suite A**<br>**Tuscaloosa, AL 35401** | Line **3.20**<br>☐ Not listed. Explain ____ | **9466** |
| 4.19 | **Vincent G. Nelan**<br>**Baker Donelson**<br>**420 20th Street North, Suite 1400**<br>**Birmingham, AL 35203** | Line **3.29**<br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
| --- | --- | --- | --- |
| **5a. Total claims from Part 1** | 5a. | $ | 326,001.38 |
| **5b. Total claims from Part 2** | 5b. | + $ | 692,880.28 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,018,881.66 |

**Fill in this information to identify the case:**

Debtor name  **Mata Electrical Contractors and Support, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ALABAMA (SOUTHERN DIVISION)

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest |  |
|        State the term remaining |  |
|      List the contract number of any government contract |  |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest |  |
|        State the term remaining |  |
|      List the contract number of any government contract |  |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest |  |
|        State the term remaining |  |
|      List the contract number of any government contract |  |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest |  |
|        State the term remaining |  |
|      List the contract number of any government contract |  |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Mata Electrical Contractors and Support, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ALABAMA (SOUTHERN DIVISION)

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Erick Mata** | **220 Snake Hill Road**<br>**Trussville, AL 35173** | **Best Buy Credit Services** | ☐ D _____<br>■ E/F _**3.4**_<br>☐ G _____ |
| 2.2  **Erick Mata** | **220 Snake Hill Road**<br>**Trussville, AL 35173** | **J. Christopher Selman** | ☐ D _____<br>■ E/F _**3.16**_<br>☐ G _____ |
| 2.3  **Erick Mata** | **220 Snake Hill Road**<br>**Trussville, AL 35173** | **Department of Revenue** | ☐ D _____<br>■ E/F _**2.1**_<br>☐ G _____ |
| 2.4  **Erick Mata** | **220 Snake Hill Road**<br>**Trussville, AL 35173** | **Internal Revenue Service** | ☐ D _____<br>■ E/F _**2.2**_<br>☐ G _____ |
| 2.5  **Erick Mata** | **220 Snake Hill Road**<br>**Trussville, AL 35173** | **Internal Revenue Service** | ☐ D _____<br>■ E/F _**2.3**_<br>☐ G _____ |

Case 21-00573-TOM7   Doc 1   Filed 03/11/21   Entered 03/11/21 14:55:20   Desc Main
Document   Page 22 of 44

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 **Erick Mata** | 220 Snake Hill Road<br>Trussville, AL 35173 | **Internal Revenue Service** | ☐ D _____<br>■ E/F **2.4**<br>☐ G _____ |
| 2.7 **Erick Mata** | 220 Snake Hill Road<br>Trussville, AL 35173 | **Amason & Associates, Inc.** | ☐ D _____<br>■ E/F **3.1**<br>☐ G _____ |
| 2.8 **Erick Mata** | 220 Snake Hill Road<br>Trussville, AL 35173 | **Argo Building Company, LLC** | ☐ D _____<br>■ E/F **3.2**<br>☐ G _____ |
| 2.9 **Erick Mata** | 220 Snake Hill Road<br>Trussville, AL 35173 | **Bama Concrete Products** | ☐ D _____<br>■ E/F **3.3**<br>☐ G _____ |
| 2.10 **Erick Mata** | 220 Snake Hill Road<br>Trussville, AL 35173 | **Cesar Castro** | ☐ D _____<br>■ E/F **3.5**<br>☐ G _____ |
| 2.11 **Erick Mata** | 220 Snake Hill Road<br>Trussville, AL 35173 | **Claudio Sanchez-Mairena** | ☐ D _____<br>■ E/F **3.6**<br>☐ G _____ |
| 2.12 **Erick Mata** | 220 Snake Hill Road<br>Trussville, AL 35173 | **Denis Reyes** | ☐ D _____<br>■ E/F **3.7**<br>☐ G _____ |
| 2.13 **Erick Mata** | 220 Snake Hill Road<br>Trussville, AL 35173 | **Durlin Santiago** | ☐ D _____<br>■ E/F **3.8**<br>☐ G _____ |

| ▮ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | **Erick Mata**    **220 Snake Hill Road**<br>**Trussville, AL 35173** | **Erick Luna-Pantaleon** | ☐ D _____<br>▮ E/F __3.10__<br>☐ G _____ |
| 2.15 | **Erick Mata**    **220 Snake Hill Road**<br>**Trussville, AL 35173** | **Evelio**<br>**Cruz-Hernandex** | ☐ D _____<br>▮ E/F __3.11__<br>☐ G _____ |
| 2.16 | **Erick Mata**    **220 Snake Hill Road**<br>**Trussville, AL 35173** | **Gervin Galvez** | ☐ D _____<br>▮ E/F __3.13__<br>☐ G _____ |
| 2.17 | **Erick Mata**    **220 Snake Hill Road**<br>**Trussville, AL 35173** | **Guadalupe Rios** | ☐ D _____<br>▮ E/F __3.14__<br>☐ G _____ |
| 2.18 | **Erick Mata**    **220 Snake Hill Road**<br>**Trussville, AL 35173** | **Interior/Exterior**<br>**Building Supply, LP** | ☐ D _____<br>▮ E/F __3.15__<br>☐ G _____ |
| 2.19 | **Erick Mata**    **220 Snake Hill Road**<br>**Trussville, AL 35173** | **J. Christopher**<br>**Selman** | ☐ D _____<br>▮ E/F __3.16__<br>☐ G _____ |
| 2.20 | **Erick Mata**    **220 Snake Hill Road**<br>**Trussville, AL 35173** | **Javier Hernandez** | ☐ D _____<br>▮ E/F __3.17__<br>☐ G _____ |
| 2.21 | **Erick Mata**    **220 Snake Hill Road**<br>**Trussville, AL 35173** | **M.J. Harris**<br>**Construction**<br>**Services, LLC** | ☐ D _____<br>▮ E/F __3.19__<br>☐ G _____ |

Case 21-00573-TOM7    Doc 1    Filed 03/11/21    Entered 03/11/21 14:55:20    Desc Main
Document    Page 24 of 44

| Debtor | **Mata Electrical Contractors and Support, LLC** | Case number *(if known)* | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 | Erick Mata | 220 Snake Hill Road<br>Trussville, AL 35173 | Migdoel Perez | ☐ D _____<br>■ E/F ___3.21___<br>☐ G _____ |
| 2.23 | Erick Mata | 220 Snake Hill Road<br>Trussville, AL 35173 | Ram Tool<br>Construction | ☐ D _____<br>■ E/F ___3.23___<br>☐ G _____ |
| 2.24 | Erick Mata | 220 Snake Hill Road<br>Trussville, AL 35173 | Raquel Recinos | ☐ D _____<br>■ E/F ___3.24___<br>☐ G _____ |
| 2.25 | Erick Mata | 220 Snake Hill Road<br>Trussville, AL 35173 | Sequel Electrical<br>Supply, LLC | ☐ D _____<br>■ E/F ___3.27___<br>☐ G _____ |
| 2.26 | Erick Mata | 220 Snake Hill Road<br>Trussville, AL 35173 | ServisFirst Bank | ☐ D _____<br>■ E/F ___3.28___<br>☐ G _____ |
| 2.27 | Erick Mata | 220 Snake Hill Road<br>Trussville, AL 35173 | Trawick Contractors,<br>Inc. | ☐ D _____<br>■ E/F ___3.29___<br>☐ G _____ |
| 2.28 | Erick Mata | 220 Snake Hill Road<br>Trussville, AL 35173 | US Specialty<br>Insurance Co. | ☐ D _____<br>■ E/F ___3.30___<br>☐ G _____ |
| 2.29 | Erick Mata | 220 Snake Hill Road<br>Trussville, AL 35173 | Wilfredo Ollarves | ☐ D _____<br>■ E/F ___3.31___<br>☐ G _____ |

| | | | |
|---|---|---|---|
| **Additional Page to List More Codebtors** | | | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.30 | Erick Mata<br>220 Snake Hill Road<br>Trussville, AL 35173 | First Corporate<br>Solutions | ■ D   __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.31 | Erick Mata<br>220 Snake Hill Road<br>Trussville, AL 35173 | Matar, Inc. | ☐ D ____<br>■ E/F   __3.20__<br>☐ G ____ |
| 2.32 | Erick Mata<br>220 Snake Hill Road<br>Trussville, AL 35173 | Ohio Casualty<br>Insurance Company | ☐ D ____<br>■ E/F   __3.22__<br>☐ G ____ |
| 2.33 | Erick Mata<br>220 Snake Hill Road<br>Trussville, AL 35173 | S. Esani / Exxon | ☐ D ____<br>■ E/F   __3.25__<br>☐ G ____ |
| 2.34 | Erick Mata<br>220 Snake Hill Road<br>Trussville, AL 35173 | S. Esani / Exxon | ☐ D ____<br>■ E/F   __3.26__<br>☐ G ____ |
| 2.35 | Tina Sharpe<br>209 Killough Springs Road<br>Birmingham, AL 35215 | Best Buy Credit<br>Services | ☐ D ____<br>■ E/F   __3.4__<br>☐ G ____ |
| 2.36 | Tina Sharpe<br>209 Killough Springs Road<br>Birmingham, AL 35215 | J. Christopher<br>Selman | ☐ D ____<br>■ E/F   __3.16__<br>☐ G ____ |
| 2.37 | Tina Sharpe<br>209 Killough Springs Road<br>Birmingham, AL 35215 | Department of<br>Revenue | ☐ D ____<br>■ E/F   __2.1__<br>☐ G ____ |

Case 21-00573-TOM7    Doc 1    Filed 03/11/21    Entered 03/11/21 14:55:20    Desc Main<br>
Document    Page 26 of 44

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.38 | Tina Sharpe | 209 Killough Springs Road<br>Birmingham, AL 35215 | Internal Revenue<br>Service | ☐ D _____<br>■ E/F __2.2__<br>☐ G _____ |
| 2.39 | Tina Sharpe | 209 Killough Springs Road<br>Birmingham, AL 35215 | Internal Revenue<br>Service | ☐ D _____<br>■ E/F __2.3__<br>☐ G _____ |
| 2.40 | Tina Sharpe | 209 Killough Springs Road<br>Birmingham, AL 35215 | Internal Revenue<br>Service | ☐ D _____<br>■ E/F __2.4__<br>☐ G _____ |
| 2.41 | Tina Sharpe | 209 Killough Springs Road<br>Birmingham, AL 35215 | Amason &<br>Associates, Inc. | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.42 | Tina Sharpe | 209 Killough Springs Road<br>Birmingham, AL 35215 | Argo Building<br>Company, LLC | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.43 | Tina Sharpe | 209 Killough Springs Road<br>Birmingham, AL 35215 | Bama Concrete<br>Products | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.44 | Tina Sharpe | 209 Killough Springs Road<br>Birmingham, AL 35215 | Cesar Castro | ☐ D _____<br>■ E/F __3.5__<br>☐ G _____ |
| 2.45 | Tina Sharpe | 209 Killough Springs Road<br>Birmingham, AL 35215 | Claudio<br>Sanchez-Mairena | ☐ D _____<br>■ E/F __3.6__<br>☐ G _____ |

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.46 | Tina Sharpe | 209 Killough Springs Road<br>Birmingham, AL 35215 | Denis Reyes | ☐ D _____<br>■ E/F __3.7__<br>☐ G _____ |
| 2.47 | Tina Sharpe | 209 Killough Springs Road<br>Birmingham, AL 35215 | Durlin Santiago | ☐ D _____<br>■ E/F __3.8__<br>☐ G _____ |
| 2.48 | Tina Sharpe | 209 Killough Springs Road<br>Birmingham, AL 35215 | Erick Luna-Pantaleon | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |
| 2.49 | Tina Sharpe | 209 Killough Springs Road<br>Birmingham, AL 35215 | Evelio<br>Cruz-Hernandex | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |
| 2.50 | Tina Sharpe | 209 Killough Springs Road<br>Birmingham, AL 35215 | Gervin Galvez | ☐ D _____<br>■ E/F __3.13__<br>☐ G _____ |
| 2.51 | Tina Sharpe | 209 Killough Springs Road<br>Birmingham, AL 35215 | Guadalupe Rios | ☐ D _____<br>■ E/F __3.14__<br>☐ G _____ |
| 2.52 | Tina Sharpe | 209 Killough Springs Road<br>Birmingham, AL 35215 | Interior/Exterior<br>Building Supply, LP | ☐ D _____<br>■ E/F __3.15__<br>☐ G _____ |
| 2.53 | Tina Sharpe | 209 Killough Springs Road<br>Birmingham, AL 35215 | J. Christopher<br>Selman | ☐ D _____<br>■ E/F __3.16__<br>☐ G _____ |

Case 21-00573-TOM7    Doc 1    Filed 03/11/21    Entered 03/11/21 14:55:20    Desc Main
Document    Page 28 of 44

| ■ | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| 2.54 | Tina Sharpe | 209 Killough Springs Road<br>Birmingham, AL 35215 | Javier Hernandez | ☐ D _____<br>■ E/F ___3.17___<br>☐ G _____ |
|---|---|---|---|---|
| 2.55 | Tina Sharpe | 209 Killough Springs Road<br>Birmingham, AL 35215 | M.J. Harris<br>Construction<br>Services, LLC | ☐ D _____<br>■ E/F ___3.19___<br>☐ G _____ |
| 2.56 | Tina Sharpe | 209 Killough Springs Road<br>Birmingham, AL 35215 | Migdoel Perez | ☐ D _____<br>■ E/F ___3.21___<br>☐ G _____ |
| 2.57 | Tina Sharpe | 209 Killough Springs Road<br>Birmingham, AL 35215 | Ram Tool<br>Construction | ☐ D _____<br>■ E/F ___3.23___<br>☐ G _____ |
| 2.58 | Tina Sharpe | 209 Killough Springs Road<br>Birmingham, AL 35215 | Raquel Recinos | ☐ D _____<br>■ E/F ___3.24___<br>☐ G _____ |
| 2.59 | Tina Sharpe | 209 Killough Springs Road<br>Birmingham, AL 35215 | Sequel Electrical<br>Supply, LLC | ☐ D _____<br>■ E/F ___3.27___<br>☐ G _____ |
| 2.60 | Tina Sharpe | 209 Killough Springs Road<br>Birmingham, AL 35215 | ServisFirst Bank | ☐ D _____<br>■ E/F ___3.28___<br>☐ G _____ |
| 2.61 | Tina Sharpe | 209 Killough Springs Road<br>Birmingham, AL 35215 | Trawick Contractors,<br>Inc. | ☐ D _____<br>■ E/F ___3.29___<br>☐ G _____ |

Case 21-00573-TOM7    Doc 1    Filed 03/11/21    Entered 03/11/21 14:55:20    Desc Main
Document    Page 29 of 44

⬛ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.62  Tina Sharpe | 209 Killough Springs Road<br>Birmingham, AL 35215 | US Specialty<br>Insurance Co. | ☐ D _____<br>⬛ E/F __3.30__<br>☐ G _____ |
| 2.63  Tina Sharpe | 209 Killough Springs Road<br>Birmingham, AL 35215 | Wilfredo Ollarves | ☐ D _____<br>⬛ E/F __3.31__<br>☐ G _____ |
| 2.64  Tina Sharpe | 209 Killough Springs Road<br>Birmingham, AL 35215 | First Corporate<br>Solutions | ⬛ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.65  Tina Sharpe | 209 Killough Springs Road<br>Birmingham, AL 35215 | Matar, Inc. | ☐ D _____<br>⬛ E/F __3.20__<br>☐ G _____ |
| 2.66  Tina Sharpe | 209 Killough Springs Road<br>Birmingham, AL 35215 | Ohio Casualty<br>Insurance Company | ☐ D _____<br>⬛ E/F __3.22__<br>☐ G _____ |
| 2.67  Tina Sharpe | 209 Killough Springs Road<br>Birmingham, AL 35215 | S. Esani / Exxon | ☐ D _____<br>⬛ E/F __3.25__<br>☐ G _____ |
| 2.68  Tina Sharpe | 209 Killough Springs Road<br>Birmingham, AL 35215 | S. Esani / Exxon | ☐ D _____<br>⬛ E/F __3.26__<br>☐ G _____ |

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

    ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☐ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ☐ None.

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Ford Motor Credit**<br>**c/o National Bankruptcy Service**<br>**Center**<br>**P.O. Box 62180**<br>**Colorado Springs, CO 80962** | **2013 Ford F350 Crew Cab XLT** | **November**<br>**2021** | **$24,050.00** |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Diaz v. Mata Electric, LLC**<br>**CV 2020-904005** | **Worker's**<br>**compensation** | **Jefferson County Circuit**<br>**Court**<br>**716 North Richard**<br>**Arrington, Jr. Blvd.**<br>**4th Floor**<br>**Birmingham, AL 35203** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **Ohio Casualty Insurance Co.**<br>**v. Mata Electric, LLC**<br>**CV 2020-901810** | **Contract claims** | **Jefferson County Circuit**<br>**Court**<br>**716 North Richard**<br>**Arrington, Jr. Blvd.**<br>**4th Floor**<br>**Birmingham, AL 35203** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | **ServisFirst Bank v. Mata**<br>**Electrical Contractors &**<br>**Support, et al.**<br>**CV 2020-903354** | **Trade debt** | **Jefferson County Circuit**<br>**Court**<br>**716 North Richard**<br>**Arrington, Jr. Blvd.**<br>**4th Floor**<br>**Birmingham, AL 35203** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | **ServisFirst Bank v. Mata**<br>**Electrical Contractors &**<br>**Support, et al.**<br>**CV 2020-902266** | **Trade debt** | **Jefferson County Circuit**<br>**Court**<br>**716 North Richard**<br>**Arrington, Jr. Blvd.**<br>**4th Floor**<br>**Birmingham, AL 35203** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:  Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:  Certain Losses

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |
| **Tools, material, bucket, auger and trencher attachement for the skid steer, gasoline compactor, 7 ladders, 5 tool carts, (Amount listed below is approximate)** | **Debtor was terminated from several jobs in or around October 2020.  The materials and equipment lost were materials and equipment that were left on the job sites. Debtor was not allowed back onto the job sites to retrieve its materials and equipment.** | **October 2020** | **$250,000.00** |

## Part 6:  Certain Payments or Transfers

11.  **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Russo, White & Keller, P.C. 315 Gadsden Highway Suite D Birmingham, AL 35235** | **Attorney fees and filing fees** | **January 8 and 27, 2021** | **$2,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12.  **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

Case 21-00573-TOM7    Doc 1    Filed 03/11/21    Entered 03/11/21 14:55:20    Desc Main
Document      Page 33 of 44

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Ever Mata** **615 Center Street** **Bessemer, AL 35020** | **Office building, furniture, computers. This property was given to Ever Mata in exchange for satisfying debt owed to him.** | **December 2020** | **$300,000.00** |
| | Relationship to debtor **Brother** | | | |
| 13.2. | **Ever Mata** **616 Center Street** **Bessemer, AL 35020** | **Mini excavator  This property was given to Ever Mata in exchange for satisfying debt owed to him.** | **December 2020** | **$60,000.00** |
| | Relationship to debtor **Brother** | | | |
| 13.3. | **Ever Mata** **616 Center Street** **Bessemer, AL 35020** | **2015 Skid Steer  This property was given to Ever Mata in exchange for satisfying debt owed to him.** | **December 2020** | **$60,000.00** |
| | Relationship to debtor **Brother** | | | |
| 13.4. | **Ever Mata** **616 Center Street** **Bessemer, AL 35020** | **materials  This property was given to Ever Mata in exchange for satisfying debt owed to him.** | **December 2020** | **$150,000.00** |
| | Relationship to debtor **Brother** | | | |
| 13.5. | **Ever Mata** **616 Center Street** **Bessemer, AL 35020** | **Conex  trailer   This property was given to Ever Mata in exchange for satisfying debt owed to him.** | **December 2020** | **$5,000.00** |
| | Relationship to debtor **Brother** | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

---
**Part 9:**    Personally Identifiable Information
---

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---
**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units
---

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **BancorpSouth**<br>**P.O. Box 789**<br>**Tupelo, MS 38802-0789** | **XXXX-** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **November 2020 (Account were negative)** | **$0.00** |
| 18.2. | **BancorpSouth**<br>**P.O. Box 789**<br>**Tupelo, MS 38802-0789** | **XXXX-** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **November 2020 (account was negative)** | **$0.00** |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

Case 21-00573-TOM7    Doc 1    Filed 03/11/21    Entered 03/11/21 14:55:20    Desc Main
Document    Page 35 of 44

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| **Part 12:** | **Details About Environment Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

Case 21-00573-TOM7    Doc 1    Filed 03/11/21    Entered 03/11/21 14:55:20    Desc Main
Document      Page 36 of 44

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Roger A. Barlow**<br>**1109 East Park Drive**<br>**Suite 100A**<br>**Birmingham, AL 35235** | **2021** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Roger A. Barlow**<br>**1109 East Park Drive**<br>**Suite 100A**<br>**Birmingham, AL 35235** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Tina Sharpe** | **209 Killough Springs Road**<br>**Birmingham, AL 35215** | **Vice President** | **51%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Erick Mata** | **202 Snake Hill Road**<br>**Trussville, AL 35173** | **President** | **49%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in**

**control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Erick Mata | 220 Snake Hill Road Trussville, AL 35173 | President 49% | January 2008 through December 2020 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Tina Sharpe | 209 Killough Springs Road Birmingham, AL 35215 | Vice-President 51% | Janaury 2008 through December 2020 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 11, 2021**

**/s/ Tina Sharpe**                                              **Tina Sharpe**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Vice-President (majority owner)**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Northern District of Alabama (Southern Division)

In re    **Mata Electrical Contractors and Support, LLC**      Case No.
                                      Debtor(s)                 Chapter     **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---:|
   | For legal services, I have agreed to accept | $ | **1,662.00** |
   | Prior to the filing of this statement I have received | $ | **1,662.00** |
   | Balance Due | $ | **0.00** |

2. $   **338.00**   of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; lien avoidances.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtor(s) in any adversary proceedings.**

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

| | |
|---|---|
| **March 11, 2021** | **/s/ Robert C. Keller** |
| *Date* | **Robert C. Keller** |
| | *Signature of Attorney* |
| | **Russo, White & Keller, P.C.** |
| | **315 Gadsden Highway** |
| | **Suite D** |
| | **Birmingham, AL 35235** |
| | **(205) 833-2589** |
| | **rjlawoff@bellsouth.net** |
| | *Name of law firm* |

**United States Bankruptcy Court**

**Northern District of Alabama (Southern Division)**

In re __Mata Electrical Contractors and Support, LLC__      Case No. _____

                                            Debtor(s)          Chapter    **7** _____

## VERIFICATION OF CREDITOR MATRIX

I, the Vice-President (majority owner) of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __March 11, 2021__                  **/s/ Tina Sharpe** _____

                                                **Tina Sharpe**/**Vice-President (majority owner)**

                                                Signer/Title

Mata Electrical Contractors and Support, LLC
511 Pinson Valley Parkway
Birmingham AL 35217

Claudio Sanchez-Mairena
c/o Jessica M. Vosburgh
2104 Chapel Hill Road
Birmingham AL 35216

Guadalupe Rios
c/o Jessica M. Vosburgh
2104 Chapel Hill Road
Birmingham AL 35216

First Corporate Solutions
914 S Street
Sacramento CA 95811

Denis Reyes
c/o Jessica M. Vosburgh
2104 Chapel Hill Road
Birmingham AL 35216

Interior/Exterior Building Supply, LP
727 South Cortez Street
New Orleans LA 70119

Department of Revenue
Legal Division
P.O. Box 320001
Montgomery AL 36132-0001

Durlin Santiago
c/o Jessica M. Vosburgh
2104 Chapel Hill Road
Birmingham AL 35216

J. Christopher Selman
Bradley Arant
1819 5th Avenue North
Birmingham AL 35203

Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346

Equipmentshare.com, Inc.
2511 Broadway Bluffe Drive
Suite 202
Columbia MO 65201

Javier Hernandez
c/o Jessica M. Vosburgh
2104 Chapel Hill Road
Birmingham AL 35216

Amason & Associates, Inc.
P.O. Box 1729
Tuscaloosa AL 35403

Erick Luna-Pantaleon
c/o Jessica M. Vosburgh
2104 Chapel Hill Road
Birmingham AL 35216

Jose A. Diaz
24A Sahama Village
Tuscaloosa AL 35401

Argo Building Company, LLC
4501 Seventh Avenue
Birmingham AL 35224

Erick Mata
220 Snake Hill Road
Trussville AL 35173

M.J. Harris Construction Services, LL
1 Riverchase Ridge
Suite 300
Birmingham AL 35244

Bama Concrete Products
1608 17th Street
Tuscaloosa AL 35401

Evelio Cruz-Hernandex
c/o Jessica M. Vosburgh
2104 Chapel Hill Road
Birmingham AL 35216

Matar, Inc.
c/o Saeed Ahmed
700 McFarland Blvd.
Northport AL 35476

Best Buy Credit Services
P.O. Box 790441
Saint Louis MO 63179

Ford Motor Credit
c/o National Bankruptcy Service Center
P.O. Box 62180
Colorado Springs CO 80962

Migdoel Perez
c/o Jessica M. Vosburgh
2104 Chapel Hill Road
Birmingham AL 35216

Cesar Castro
c/o Jessica M. Vosburgh
2104 Chapel Hill Road
Birmingham AL 35216

Gervin Galvez
c/o Jessica M. Vosburgh
2104 Chapel Hill Road
Birmingham AL 35216

Ohio Casualty Insurance Company
9450 Seward Road
Fairfield OH 45014

Ram Tool Construction
4500 5th Avenue South
Building A
Birmingham AL 35222

American Arbitration Association
Southeast Case Management Center
2200 Century Parkway, Suite 300
Atlanta GA 30345

Parnell & Crum
P.O. Box 2189
Montgomery AL 36102-2189

Raquel Recinos
c/o Jessica M. Vosburgh
2104 Chapel Hill Road
Birmingham AL 35216

Brian Walding, Esq.
2227 First Avenue South
Suite 100
Birmingham AL 35233

Richard J. Wallace, III
500 North Akard
Sutie 2700
Dallas TX 75201

S. Esani / Exxon
c/o Tuscaloosa County District Attorney
2504 7th Street, Suite A
Tuscaloosa AL 35401

C. Ellis Brazeal, III
Jones Walker, LLP
420 North 20th Street, Suite 1100
Birmingham AL 35203

Richard O'Neal
U.S. Attorney's Office
1801 Fourth Avenue North
Birmingham AL 35203

Sequel Electrical Supply, LLC
905 22nd Avenue
Second Floor
Meridian MS 39301

District Court Clerk
Dallas County
600 Commerce, 1st Floor
Dallas TX 75202-4606

ServisFirst Bank
Bankruptcy Dept.
P.O. Box 1508
Birmingham AL 35201-1508

ServisFirst Bank
Bankruptcy Department
2500 Woodcrest Place
Birmingham AL 35209

EquipmentShare.com
P.O. Box 2208
Decatur AL 35609-2208

Tuscaloosa County District Attorne
Worthless Check Unit
2504 7th Street, Suite A
Tuscaloosa AL 35401

Tina Sharpe
209 Killough Springs Road
Birmingham AL 35215

J. Vincent Swinney
Swinney & Bellenger, LLC
P.O. Box 59609
Birmingham AL 35259-9609

Vincent G. Nelan
Baker Donelson
420 20th Street North, Suite 1400
Birmingham AL 35203

Trawick Contractors, Inc.
4740 Powll Avenue
Birmingham AL 35222

Kevin Williams, Detective
New Orleans Police Department
715 South Broad Street
New Orleans LA 70119

US Specialty Insurance Co.
Bankrutpcy Dept.
13403 Northwest Freeway
Houston TX 77040

L. Graves Stiff, III
Starnes Davis Florie, LLP
100 Brookwood Place, 7th Floor
Birmingham AL 35209

Wilfredo Ollarves
c/o Jessica M. Vosburgh
2104 Chapel Hill Road
Birmingham AL 35216

Michael S. Kelly
Brumlow Legal Group
137 Main Street, Suite 202
Trussville AL 35173

# United States Bankruptcy Court
## Northern District of Alabama (Southern Division)

In re   **Mata Electrical Contractors and Support, LLC**        Case No.

Debtor(s)        Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Mata Electrical Contractors and Support, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 11, 2021**
_____
Date

**/s/ Robert C. Keller**
_____
**Robert C. Keller**
Signature of Attorney or Litigant
Counsel for   **Mata Electrical Contractors and Support, LLC**
**Russo, White & Keller, P.C.**
**315 Gadsden Highway**
**Suite D**
**Birmingham, AL 35235**
**(205) 833-2589**
**rjlawoff@bellsouth.net**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy