United States Bankruptcy Court
Northern District of Alabama (Southern Division)

In re  Mata Electrical Contractors and Support, LLC                    Case No.
                                         Debtor(s)                     Chapter    7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Mata Electrical Contractors and Support, LLC  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

_3/11/2021_
Date

_/s/ Robert C. Keller_
Robert C. Keller
Signature of Attorney or Litigant
Counsel for  Mata Electrical Contractors and Support, LLC
Russo, White & Keller, P.C.
315 Gadsden Highway
Suite D
Birmingham, AL 35235
(205) 833-2589
rjlawoff@bellsouth.net