UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA

In re:                                                                                                  Bankr. Case No. 21-00573-TOM-7

Mata Electrical Contractors and Support, LLC                                    Chapter 7

     Debtor(s)

**REQUEST FOR NOTICE**

     Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

                           Americredit Financial Services, Inc. dba GM Financial
                           PO Box 183853
                           Arlington, TX  76096


                                                By  /s/  Mandy Youngblood

                                                Mandy Youngblood
                                                PO Box 183853
                                                Arlington, TX  76096
                                                877-203-5538
                                                877-259-6417
                                                Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA

In re:     Bankr. Case No. 21-00573-TOM-7

Mata Electrical Contractors and Support, LLC     Chapter 7

     Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on March 28, 2021 :

Robert C Keller
315 Gadsden Highway Ste D
Birmingham, AL 35235

Andre M Toffel
450A Century Park South
Suite #206A
Birmingham, AL 35226

By /s/ Mandy Youngblood
     Mandy Youngblood

xxxxx18222 / 1038565