LR-4001-1-A  UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA

IN RE:                                    )
    MATA ELECTRICAL CONTRACTORS )
    AND SUPPORT, LLC            )
                                          )
                                          )    CASE NO. 21-00573-TOM-7
    Debtor(s).                  )
                                          )
FORD MOTOR CREDIT COMPANY, LLC            )

## FACT SUMMARY FOR MOTIONS FOR RELIEF FROM AUTOMATIC STAY

Type of Loan\Credit Transaction: INSTALLMENT     Date of Loan\Credit Transaction: 09/15/2016

Type of Collateral: 2016 FORD F-350     Monthly Payment: $933.97

Amount Financed: $67,246.31     INT RATE\APR: 0.0%

Term of Loan: 72

Payoff: $31,261.89     as of: 03/18/2021

Value of Collateral: $54,400.00     as of: MARCH 2021

Address of Real Property:

Delinquent Pre-Petition Payments:     What Months: CHARGED OFF 02/30/2021
    Amount: $31,261.89
    Pre-Petition Claim Filed: N
    Date Claim Filed: N/A    Claim No.

Number of Months Pre-Petition Default in Plan:

Delinquent Post Petition Payments:     What Months: N/A
    Amount of mortgage payments:
    Late Charges:
    Court Costs/ Attorney's Fees:
    Total Amount Due: N/A
    Post-Petition Claim Filed: N
    Date Claim Filed: N/A     Claim No.

Number of Post-Petition Payments Received: N/A
Number of Post-Petition Payments Held, not applied: 0
Number of Post-Petition Payments Returned Uncredited: 0

Lease Expiration Date: N/A
Lease Termination Date: N/A

Insurer of Collateral: UNKNOWN
Term of Insurance: UNKNOWN

Prior Stay Orders, Prior Cases:   . If yes, give cases numbers and dates of orders:

Debtor's Statement of Intent: N/A

DATED:   March 31, 2021
SIGNED: */s/ Leonard N. Math*