# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| MATA ELECTRICAL CONTRACTORS | ) | |
| & SUPPORT, LLC | ) | CASE NO. 21-20573 TOM7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**PLEASE TAKE NOTICE** that the undersigned appears in the above-captioned case on behalf of ServisFirst Bank, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), requests that all notices given or required to be given and all papers served in this case be delivered to and served upon the party identified below at the following address:

| | |
|---|---|
| Brian R. Walding | E. Bryan Nichols |
| WALDING, LLC | WALDING, LLC |
| 2227 First Avenue South, Suite 100 | 2227 First Avenue South, Suite 100 |
| Birmingham, AL 35233 | Birmingham, AL 35233 |
| Phone 205.307.5050 | Phone 205.307.5050 |
| Fax 205.307.5051 | Fax 205.307.5051 |
| Email bwalding@waldinglaw.com | Email bnichols@waldinglaw.com |

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of title 11 of the U.S. Code § 101, *et seq.* (the "Bankruptcy Code"), the foregoing demand includes not only the notice and papers referred to in the aforementioned Bankruptcy Rules, but without limitation, all orders and notices of any application, motion, hearing, petition, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, personal delivery, telephone, telegraph, telex, facsimile, electronic mail or otherwise,

which affect or seek to affect in any way any right or interest of the debtor in the above-captioned case.

This appearance and demand for notice and service of the papers is not and may not be deemed or construed to be a waiver of any of ServisFirst Bank's substantive or procedural rights, including, but not limited to any right (i) to require that where any adversary proceeding is initiated against ServisFirst Bank in this or any related case, or where any proceeding is initiated by complaint against ServisFirst Bank, the Bankruptcy Rules, the Federal Rules of Civil Procedure, and non-bankruptcy law, as applicable, shall apply, such that service upon the undersigned counsel is insufficient for any such proceeding; (ii) to have any final order in a non-core matter entered only after *de novo* review by the United States District Court; (iii) to trial by jury in any proceeding so triable in this case or in any case, controversy, or proceeding related to this case; or (iv) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or of any other right, claim, action defense, setoff or recoupment to which ServisFirst Bank is or may be entitled in law or at equity, all of which rights, claims, actions, defenses, setoffs or recoupments ServisFirst Bank expressly reserves.

Dated: April 7, 2021

Respectfully submitted,

| WALDING, LLC | WALDING, LLC |
|---|---|
| */s/Brian R. Walding* <br> Brian R. Walding <br> 2227 First Avenue South, Suite 100 <br> Birmingham, AL 35233 <br> Phone 205.307.5050 <br> Fax 205.307.5051 <br> Email bwalding@waldinglaw.com <br> *Counsel for ServisFirst Bank* | */s/E. Bryan Nichols* <br> E. Bryan Nichols <br> 2227 First Avenue South, Ste 100 <br> Birmingham, AL 35233 <br> Phone 205.307.5050 <br> Fax 205.307.5051 <br> Email bnichols@waldinglaw.com <br> *Counsel for ServisFirst Bank* |

# CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the following by either placing same in the United States mail**,** postage prepaid and properly addressed, or electronically through the CM/ECF system on this the 7th day of April, 2021.

*Bankruptcy Administrator*
**J.Thomas Corbett**
Bankruptcy Administrator
Robert S. Vance Federal Building
Suite 300
1800 Fifth Avenue North
Birmingham, AL 35203
jtom_@alnba.uscourts.gov

*Counsel for Debtor*
**Robert C Keller**
Russo, White & Keller
315 Gadsden Highway Ste D
Birmingham, AL 35235
rjlawoff@bellsouth.net

*Trustee*
**Andre' M Toffel**
Andre' M Toffell, PC
450A Century Park South
Birmingham, AL 35226
trustee@toffelpc.com

/s/ *Brian R. Walding*
Of Counsel

*/s/E. Bryan Nichols*
Of Counsel